IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD C. ELINE, | ) | CIVIL NO. 08-00321 ACK-KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | PURSUANT TO 28 U.S.C. |
| | ) | § 1915(g) |
| CLAYTON FRANK, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g)

On July 11, 2008, Petitioner Richard Eline filed an "Ex Parte Motion
to Order" which is not associated with any case pending in this court.  Eline is a
Hawaii inmate confined in Sauguaro Correctional Facility, Eloy, Arizona, and is
proceeding pro se.  Eline has not paid a filing fee and is presumably attempting to
proceed *in forma pauperis* ("IFP").  The court DISMISSES this action without
prejudice pursuant to 28 U.S.C. § 1915(g).

A prisoner may not bring a civil action under 28 U.S.C. § 1915 "if the
prisoner has, on 3 or more prior occasions, while incarcerated or detained in any
facility, brought an action or appeal in a court of the United States that was
dismissed on the grounds that it is frivolous, malicious, or fails to state a claim

upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

This court has previously found that Eline has had three or more prior prisoner actions dismissed as frivolous or as failing to state a claim. *See* Civ. No. 08-00244, Doc. No. 3, *citing Eline v. Kaneshiro*, Civ. No. 97-00937 (dismissed September 29, 1997); *Eline v. China Normalization Initiative*, Civ. No. 97-00893 (dismissed August 1, 1997); *Eline v. Patterson Broadcasting*, Civ. No. 97-00815 (dismissed August 1, 1997).[1]

In his motion, Eline claims that the Hawaii legislature has passed a law that mandates his immediate transfer back to Hawaii for "extensive rehabilitation programs and/or vocational rehabilitation." (Mot. 2). Eline does not allege or show that he is in imminent danger of serious physical injury, nor does it appear that Eline could make such a claim with regard to this motion.

---

[1] Eline has also filed numerous other civil actions in the federal courts since 1993. All were dismissed for various reasons, including failure to state a claim, failure to prosecute, failure to pay, and frivolousness. *See e.g.*, *Eline v. Penarosa*, Civ. No. 98-00277; *Eline v. Abbott*, Civ. No. 98-00029; *Eline v. Wagatsuma*, Civ. No. 97-00146; *Eline v. Wagatsuma*, Civ. No. 96-01048; *Eline v. Frank*, Civ. No. 96-00162; *Eline v. Santiago-Lopez*, Civ. No. 96-00001; *Eline v. Hall*, Civ. No. 95-00408; *Eline v. Santiago-Lopez*, Civ. No. 95-00135; *Eline v. Perry*, Civ. No 94-00814; *Eline v. Fox Television*, Civ. No. 94-00680; *Eline v. KPOI FM*, Civ. No. 94-00656; *Eline v. Shimizu*, Civ. NO. 93-00770; *Eline v. Vanity Fair*, Civ. No. 93-00560; *Eline v. KDEO FM Radio*, Civ. No. 93-00479; *Eline v. Sumner*, Civ. No. 93-00471; *Eline v. Moon*, Civ. No. 93-00373; *Eline v. Iran*, Civ. No. 93-00357; and *Eline v. Bishop Estate*, Civ. No. 93-00317; *Eline v. MTV Inc.*, Misc. No. 93-0018.

Accordingly, Eline may not proceed IFP, and pursuant to 28 U.S.C. §§ 1915(a), 1915(g), this action is DISMISSED without prejudice to refiling with submission of the $350 filing fee.  The Clerk is DIRECTED to close this file and terminate this action.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 23, 2008



_____
Alan C. Kay
Sr. United States District Judge

*Eline v. Frank*, Civ. No. 08-00321 ACK-KSC; ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. §1915(g)